IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-06-52-6 |
| ALVARO HERNANDEZ | § | |

### ORDER

The defendant, Armando Garza, has filed a motion to strike the presentence investigation report, to have a new report prepared by a different probation officer, and for a continuance. The motion for continuance is granted. The motion to strike the presentence investigation report is denied. The additional time will permit the defendant to submit more detailed objections that can be addressed in addenda to the report, as appropriate. The objections are to be filed no later than **May 4, 2007.** The sentencing hearing is reset for **June 8, 2007, at 11:00 a.m.**

SIGNED on April 9, 2007, at Houston, Texas.

                                 _____
                                              Lee H. Rosenthal
                                       United States District Judge

1